CORA A. COUNTRYMAN, Respondent, v. DONALD H. BREEN, Appellant.— Motion for leave to appeal to the Court of Appeals granted and questions for

review certified. Present — Sears, P. J., Taylor, Thompson and Lewis, JJ. [See 241 App. Div. 392.]